UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORNELL GOODWIN, SR.,

      Plaintiff,

    v.

SCA OF MO,

      Defendant.

Case No. 25-cv-01971-JPG

**MEMORANDUM AND ORDER**

This case is before the Court after Plaintiff Cornell Goodwin failed to amend his complaint to state a claim for which relief can be granted. On November 5, 2025, the Court denied his motion to proceed *in forma pauperis*, dismissed his complaint, and gave him until December 4, 2025, to file a new motion and an amended complaint (Doc. 12). Plaintiff did not file either by the deadline, so the Court ordered him to show cause on or before January 12, 2026, why the case should not be dismissed for lack of prosecution and the Court's inherent authority to manage its docket (Doc. 15). Plaintiff filed a response to the order to show cause on January 8, 2026 (Doc. 16). As a result, the Court extended the deadline to file new motion to proceed *in forma pauperis* and an amended complaint to February 9, 2026 (Doc. 17). Plaintiff filed both on February 5, 2026 (Docs. 18, 19).

On March 4, 2026, the Court dismissed the amended complaint for failure to state a claim, and gave Plaintiff until April 3, 2026, to file a second amended complaint (Doc. 20). It warned Plaintiff that this would be his final opportunity to amend his complaint to state a claim. In addition, it reserved ruling on the motion to proceed *in forma pauperis*. That deadline has passed, and Plaintiff has not filed a second amended complaint nor asked for an extension of time. Therefore, the Court DENIES Plaintiff Cornell Goodwin's Motion for Leave to Proceed *in*

*Forma Pauperis* (Doc. 19) and Motion to Appoint Counsel (Doc. 3), DISMISSES this case

without prejudice, and DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**: **April 15, 2026**

_____
**J. PHIL GILBERT**
**United States District Judge**

2