UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORNELL GOODWIN, SR.,

      Plaintiff,

   v.

SCA OF MO,

      Defendant.

Case No. 25-cv-01971-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: April 15, 2026**

**MONICA A. STUMP, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**